FILED
2026 Oct-13 PM 04:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DEMETRIUS ISAAC CAREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-00770-ACA-SGC |
| | ) | |
| E. ALLAH, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Demetrius Isaac Carey filed a *pro se* complaint alleging violations of his civil rights. (Doc. 1). On August 13, 2026, the magistrate judge entered a report recommending the court dismiss without prejudice Mr. Carey's Eighth Amendment medical claims against Defendant YesCare Medical Services under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 8). The magistrate judge further recommended that the court permit Mr. Carey's other claims to proceed. (*Id.*). Although the magistrate judge advised Mr. Carey of his right to object and the consequences of failing to object (*id.* at 9–10), Mr. Carey has not objected.

Mr. Carey's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation.

Consistent with that recommendation, the court **DISMISSES** Mr. Carey's Eighth Amendment medical claims against YesCare Medical Services **WITHOUT PREJUDICE**. The court **REFERS** Mr. Carey's remaining claims to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this October 13, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE